UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN MOFFITT, | No. 2:15-cv-0159 AC P |
| Petitioner, | |
| v. | ORDER |
| CSP-SACRAMENTO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a First Amended Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with requests to proceed in forma pauperis and for appointment of counsel.

The petition appears to attack a conviction issued by the San Bernardino County Superior Court in Victorville. While both this court and the United States District Court in the district where petitioner was convicted (the Central District of California) have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of the petition are more readily available in San Bernardino County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's requests to proceed in forma pauperis or for appointment of counsel; and

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: April 3, 2015

                           */s/ Allison Claire*
                           ALLISON CLAIRE
                           UNITED STATES MAGISTRATE JUDGE